172 F.3d 223w
 RICO Bus.Disp.Guide 9675, 22 Employee Benefits Cas. 2845
 LABORERS LOCAL 17 HEALTH AND BENEFIT FUND; Transport
Workers Union New York City Private Bus Lines Health Benefit
Trust, on behalf of themselves and all others similarly
situated; United Federation of Teachers Welfare Fund;
Communications Workers of America Local 1180 Security
Benefits Fund; International Union of Operating Engineers,
Local 891 Welfare Fund and Social Service Employees Union
Local 371 Welfare Fund, on behalf of themselves and all
others similarly situated, Plaintiffs-Appellees,
v.
PHILIP MORRIS, INC.; R.J. Reynolds Tobacco Company; Brown
& Williamson Tobacco Corporation, USA; B.A.T. Industries,
P.L.C.; Lorillard Tobacco Co.; Liggett & Myers, Inc.;
American Tobacco Company; United States Tobacco Company;
Council For Tobacco Research-U.S.A., Inc.; Tobacco
Institute, Inc.; Smokeless Tobacco Council, Inc. and Hill &
Knowlton, Inc., Defendants-Appellants.
 Docket No. 98-7944.
 United States Court of Appeals,
Second Circuit.
 Argued Feb. 4, 1999.
Decided April 9, 1999.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION